# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151947 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MATTHEW JAMES TROJANEK,
    Defendant-Appellant.

SC: 151947
COA: 326885
Antrim CC: 14-004665-FH

_____/

On order of the Court, the application for leave to appeal the May 27, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the issues not addressed by that court during its initial review of this case. With regard to the defendant's challenge to costs, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. The motion to amend the application for leave to appeal is DENIED.



s0525

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2016



Clerk